## United States Bankruptcy Court
### Eastern District of Virginia

In re **Tanya Vanessa Maddox**  
Debtor(s)

Case No. **18-71324**  
Chapter **13**

**TO:**
**State of Maryland**
**Central Collections Unit**
**Fifth Floor Certifications**
**300 West Preston Street**
**Baltimore, MD 21201**

## NOTICE TO
## CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☑ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Tanya Vanessa Maddox**

Date: 4/26/18

By /s/ Kenneth E. Goolsby
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: **86347 VA**
Address: **The Alliance Legal Group**
**133 Mt. Pleasant Road**
**Chesapeake, VA 23322**
Telephone No.: **(757) 482-5705**

### CERTIFICATION

I certify that on **4/26/18**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Kenneth E. Goolsby
**Kenneth E. Goolsby 86347**
Attorney for Debtor [or *Pro Se* Debtor]